UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                             :

IN RE MISSION CONSTRUCTION         :

                                     :          MASTER FILE

This Document Relates To: Consolidated Actions  :          10 Civ. 4262 (LTS)

                                     :

                                     :          AMENDED NOTICE
                                     :          OF MOTION_____

                                     :

                                     :

-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed declaration of Jessica L. Rothman, sworn to on May 12, 2014, the affidavit of Joseph F. Tortorella, P.E., sworn to on May 12, 2014, the affidavit of Irwin Cantor, P.E., sworn to on May 12, 2014, the exhibits thereto, and the accompanying memorandum of law, defendant Robert Silman Associates, P.C. ("RSA") will move this Court before the Honorable Laura Taylor Swain at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on July 3, 2014, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order granting summary judgment, pursuant to Federal Rule of Civil Procedure 56, (a) dismissing the claims asserted against RSA in the National Union Complaint, in the Rag Jaw Complaint, in the Third-Party Complaint by Rybak in the USAA Action and dismissing the cross-claims for contribution or indemnification asserted against RSA by the parties in those actions, and (b) granting conditional contractual indemnification in favor of RSA and against defendant/third-party plaintiff Rybak.

      **PLEASE TAKE FURTHER NOTICE** that counsel for RSA, certifies that RSA has used its best efforts to resolve informally the matters raised in this motion seeking summary judgment pursuant to Federal Rule of Civil Procedure 56.

Dated:  New York, New York
        May 14, 2014

                         **INGRAM YUZEK GAINEN CARROLL
                         & BERTOLOTTI, LLP**

                         By:_____
                              Jessica L. Rothman
                         Attorneys for Defendant
                         Robert Silman Associates, P.C.
                         250 Park Avenue
                         New York, New York 10177
                         (212) 907-9600

To:   Clausen Miller, P.C.
      Attorneys for Plaintiff
      One Chase Manhattan Plaza, 39th Floor
      New York, New York 10005

      Cozen O'Connor
      Attorneys for Plaintiff
      45 Broadway, 23rd Floor
      New York, NY, 10006

      Hubell & Associates LLC
      Attorneys for Plaintiffs
      Rag Jaw LLC and Robert Adelman M.D.
      100 Park Avenue, 20th Floor
      New York, New York 10017

      Reed Smith LLP
      Attorneys for Defendant
      Permanent Mission of the Republic of Namibia
      2500 One Liberty Place
      1650 Market Street
      Philadelphia, Pennsylvania 19103

      Hoffman & Roth, LLP
      Attorneys for Defendant
      Rybak Development & Construction Corp.
      505 Eighth Avenue, Suite 1704
      New York, New York 10018

466400_1/00393-0047

Rawle & Henderson, LLP
Attorneys for Defendant
LMW Engineering Group
14 Wall Street, 27th Floor
New York, New York 10005-2101

Gogick Byrne & O'Neill, LLP
Attorneys for Defendant
David Smotrich & Partners, LLP Architects/Planners
11 Broadway, Suite 1560
New York, New York 10004