UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

IN RE MISSION CONSTRUCTION

------------------------------------------------------x

USAA CASUALTY INSURANCE CO.
*as subrogee of* ROBERT ADELMAN,

           Plaintiff,

    -v-

PERMANENT MISSION OF THE
REPUBLIC OF NAMIBIA et al.,

           Defendants.

------------------------------------------------------x

No. 10 Civ. 4262 (LTS)
Related Cases: 10 Civ. 9344(LTS)
                 11 Civ. 1565(LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 2 2014

### ORDER

In light of repeat docketing of the same documents, in case number 10 Civ. 4262, the Clerk of Court is hereby ordered to terminate docket entry numbers 181, 188, 189 and 191.

In case number 10 Civ. 9344, the Clerk of Court is hereby ordered to terminate docket entry numbers 70, 76 and 81.

In case number 11 Civ. 1565, the Clerk of Court is hereby ordered to terminate docket entry numbers 70, 75, 81, 86 and 88.

The Court will use docket entry numbers 201, 205, 222, 224, 233 and 234, filed in case number 10 Civ. 4262, to designate the parties' pending motions.

If a party has filed a motion that it is not covered by one of those docket entries, counsel is instructed to inform the Court promptly by letter.

In order to avoid further confusion, the parties are directed to refer to the Court's October 18, 2011, Order (docket entry number 76), which provides directions on filing under the master file number. Any future motions or briefs should be filed only under case number 10 Civ. 4262 with the appropriate caption as outlined in the October 18, 2011, Order.

SO ORDERED.

Dated: New York, New York
      May 30, 2014.

/s/ LAURA TAYLOR SWAIN
United States District Judge