# GOGICK, BYRNE & O'NEILL, LLP
## Attorneys at Law

Robert J. Gogick†
Kevin J. O'Neill†
Michael J. Byrne

Stephen P. Schreckinger
Elaine C. Gangel▲
Albert Wesley McKee°

Mark R. McCauley▲
Navid Ansari†
Jason A. Ciluffo†
Henry K. Yi†

11 Broadway, Suite 910
New York, NY 10004-1314
Tel: (212) 422-9424
Fax: (212) 422-9429

° Admitted in NY, NJ & CT
* NY, NJ & PA
† NY & NJ
□ NY & CT
▲ NY only

304 South Franklin Street
Syracuse, NY 13202
Tel: (315) 218-9590
Fax: (315) 218-9591

112 Prospect Street
Stamford, CT 06901-1207
Tel: (203) 327-7561
Fax: (203) 966-1431

80 Main Street, Rm. 140
W. Orange, NJ 07052-5414
Tel: (973) 778-7074
Fax: (973) 731-9313

August 22, 2014

**VIA ECS**
Honorable Laura Taylor Swain, U.S.D.J.
Daniel P. Moynihan
United States District Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007-1312

  Re: In re Mission Construction
    All Consolidated Actions:
    Civil Action Nos.: 10 CIV 4262 (LTS)
    Our File No. 120-823

Dear Judge Swain:

  This office represents defendant David Smotrich & Partners, LLP Architects/Planners in these three consolidated matters. On Thursday, August 21, the parties engaged in a marathon mediation session, which I am pleased to report has resulted in a settlement in principle of all claims as between all parties to these matters. Due to the late hour a formal Memorandum of Understanding could not be signed at that time, but one is in the process of circulating today.

  Confirming my conversation with your new law clerk this morning, the summary judgment motions which were filed in this matter will be held in abeyance while the formal settlement documents are worked out, filed, and the settlement consummated. We hope to have this accomplished in short order.

p:\120\120-823\2014 letters\judge swain 8-22-14.doc

# GOGICK, BYRNE & O'NEILL, LLP

Judge Swain                                                        August 22, 2014
                                                                          Page 2


On behalf of all counsel to this litigation, our thanks to you, Magistrate Judge Pitman, and your respective staff for the numerous courtesies you have extended to us in this litigation.

                                           Respectfully submitted,

                                           Albert Wesley McKee

cc:   Via email only
      All counsel of record